

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2020

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re:    <u>United States</u> v. <u>Rolando Heredia</u>, 20-cr-238 (ER)

Dear Judge Ramos:

    The Government respectfully requests that time under the Speedy Trial Act be excluded from the date of this letter until the date of the next status conference, currently scheduled for July 24, 2020. The exclusion will allow the parties to continue to produce and review discovery and to discuss a potential pretrial resolution to this case. The defendant's attorney, Sarah Sacks, Esq., consents to the requested exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Thomas S. Burnett
    Assistant United States Attorney
    (212) 637-1064

---

Speedy trial time is excluded from July 16, 2020, until July 25, 2020, in the interest of justice.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __7/17/2020__
New York, New York