

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2020

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:     <u>United States</u> v. <u>Rolando Heredia</u>, 20-cr-238 (ER)

Dear Judge Ramos:

    This Court held a status conference in the above-captioned case on July 24, 2020, at which the Court excluded time under the Speedy Trial Act until the next status conference.  Because another status conference has not yet been scheduled, the Government respectfully requests that time under the Speedy Trial Act be excluded from the date of this letter until January 4, 2020.  The exclusion will allow the parties to continue discussing a potential pretrial resolution to this case. The defendant's attorney, Sarah Sacks, Esq., does not object to the requested exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

---

Speedy trial time is excluded from November 3, 2020, until January 4, 2020, in the interest of justice.  A pretrial conference will be held on January 7, 2021 at 10:30 a.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:    11/5/2020
New York, New York