

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/25/2021

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2021

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Rolando Heredia, 20 Cr. 238 (ER)

Dear Judge Ramos:

    I write on behalf of the parties regarding the upcoming status conference in the above-captioned case, which is currently scheduled for January 25, 2021. The parties are discussing a possible pretrial resolution to the case and do not believe the upcoming conference is necessary. The parties respectfully request that the Court adjourn the conference to a date that is convenient for the Court in approximately 60 days. The Government also respectfully requests that time under the Speedy Trial Act be excluded from the date of this letter until the date of the next status conference. The exclusion will allow the parties to continue discussing a potential pretrial resolution to the case. The defendant's attorney, Sarah Sacks, Esq., consents to the requested exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

---

The February 25, 2021 status conference is adjourned to April 30, 2021 at 10:30 a.m. Speedy trial time is excluded from February 25, 2021, until April 30, 2021, in the interest of justice.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 2/25/2021
New York, New York