UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

-v-

ROLANDO HEREDIA,

                        Defendant.
-------------------------------------------------------------- X

ORDER

20-CR-238 (ER)

Ramos, D.J.:

The status conference previously scheduled for July 1, 2021, is hereby rescheduled to occur as a telephone conference on **July 19, 2021 at 10:30 a.m.**

Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

The time between July 9, 2021, and July 19, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) upon consent of the parties. The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

SO ORDERED.

Dated: July 13, 2021
       New York, New York

                                           Edgardo Ramos
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 7/13/2021