```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

       - against -

ROLANDO HEREDIA,

                          Defendant.
-------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  8/10/2021

**SCHEDULING NOTICE**

20 Cr. 238 (ER)

A conference will be held on **August 11, 2021 at 2:30 p.m.** before the Hon. Edgardo Ramos, U.S.D.J.

Dated:  August 10, 2021
         New York, New York

s/ Jazmin Rivera
Jazmin Rivera, Courtroom Deputy