**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/16/2022__

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 16, 2022

Hon. Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:     <u>United States</u> v. <u>Rolando Heredia</u>, 20 Cr. 238 (ER)

Dear Judge Ramos:

The Court has set a tentative sentencing date in the above-captioned case for February 16, 2022. The Government respectfully requests that the Court adjourn the sentencing to a date that is convenient for the Court in approximately six months. The defendant, through his attorney, consents to the adjournment request.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: __/s/ Thomas Burnett_____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1633

Sentencing control date is adjourned to August 18, 2022 at 10 a.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __2/16/2022__
New York, New York